UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
FEB 28 2014
DAVID CREWS, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:13CR013

MICHAEL WAYNE THORNTON

**PLEA AGREEMENT**

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to plead guilty under oath to a one-count Indictment, which charges knowingly using facilities in interstate commerce to persuade, induce and entice a minor female to engage in sexual activity with him which would constitute the crimes of statutory rape for which he could be prosecuted under the laws of the State of Mississippi (Mississippi Code Annotated § 97-3-65(a)), and sexual battery for which he could be prosecuted under the laws of the State of Mississippi (Mississippi Code Annotated § 97-3-95(1)(c)), all in violation of Title 18, United States Code, Section 2422(b), which carries maximum possible penalties of not less than 10 years nor more than life imprisonment, not more than $250,000 fine, not less than 5 years and not more than life supervised release, and a special assessment of $100.

2. OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge.

3.  **OTHER AUTHORITIES:** This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

4.  **FORFEITURE:** The defendant agrees to the forfeiture of all right, title and interest defendant has in certain real and personal property described in the forfeiture allegation of the Indictment.

5.  **VIOLATIONS OF THIS AGREEMENT:** If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

6.  **ACKNOWLEDGMENTS:** No Other Agreements; Defendant Is in Fact Guilty. Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea(s) of guilty. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the 28th day of February, 2014.

                                                FELICIA C. ADAMS
                                                United States Attorney
                                                By: /s/ Paul Roberts, PAUL ROBERTS
                                                                AUSA

AGREED AND CONSENTED TO:                APPROVED:

/s/ Michael Thornton                                   /s/ Kevin D. Camp
MICHAEL WAYNE THORNTON             KEVIN D. CAMP
Defendant                                                            Attorney for Defendant
                                                                                 Mississippi Bar No.