IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-60867
_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

MICHAEL WAYNE THORNTON,

      Defendant - Appellant

_____

Appeal from the United States District Court for the
Northern District of Mississippi, Aberdeen

_____

CLERK'S OFFICE:

      Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 23, 2015, for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with court reporter and pay appellate filing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Shea E. Pertuit
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**
**Certified order issued Feb 23, 2015**

/s/ Lyle W. Cayce
**Clerk, U.S. Court of Appeals, Fifth Circuit**